Ben Dupre
Attorney at Law
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
Tel: (408) 727-5377
Fax: (408) 727-5310
bendupre@gmail.com

Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK COWAN,

        Plaintiff,

   v.

GE CAPITAL RETAIL SERVICES, et al.,

        Defendant.

Case No. C 13-cv-03935

STIPULATION RE: DEPOSITION and [Proposed] ORDER

The parties hereby stipulate to continue the deposition of Rachel Barker from June 13, 2014, to August 12, 2014, 10 am central time.  Deponent shall appear at:

Mike Mobley Reporting
334 South Main Street
Dayton, OH 45402

DATED: 06-11-14                          /s/ Ben E. Dupre
                                              Attorneys for Plaintiff

DATED: 06-11-14                          /s/ Dan O'Rielly
                                              Attorneys for Defendant

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: June 11, 2014          _____
                                 United States ~~District~~/Magistrate Judge