UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN MARK COWAN,

    Plaintiff,

v.

GE CAPITAL RETAIL BANK, et al.,

    Defendants.

Case No.  13-cv-03935-BLF

**CASE MANAGEMENT ORDER**

On June 19, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 11/20/2014 at 1:30 pm |
| Case Management Statement due | 11/13/2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Disclosure of Expert Reports | 12/12/2014 |
| Fact Discovery Cut-Off | 11/12/2014 |
| Expert Discovery Cut-Off | 02/12/2015 |
| Last Day to Hear Dispositive Motions | 04/30/2015 - Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | 07/09/2015 at 2:30 pm |
| Trial | 07/20/2015 at 9:00 am |

1
2      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
3 are referred to the assigned Magistrate Judge.
4      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
5 orders, which are available on the Court's website and in the Clerk's Office.
6
7 Dated:  June 19, 2014
8                                                                  _____
9                                                                  BETH LABSON FREEMAN
                                                                   United States District Judge