Ben Dupre
Attorney at Law
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
Tel: (408) 727-5377
Fax: (408) 727-5310
bendupre@gmail.com

Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK COWAN,

        Plaintiff,

  v.

GE CAPITAL RETAIL SERVICES, et al.,

        Defendant.

Case No. C 13-cv-03935

STIPULATION RE: DEPOSITION and [Proposed] ORDER

    Defendant has indicted Rachel barker is still out on leave.  Thus, the parties hereby stipulate to continue the deposition of Rachel Barker from August 12, 2014, to September 19, 2014.  Deponent shall appear at:

Mike Mobley Reporting
334 South Main Street
Dayton, OH 45402

DATED: 08-5-14                         /s/ Ronald Wilcox
                                             Attorneys for Plaintiff

1

DATED: 08-05-14                             /s/ Dan O'Rielly
                                            Attorney for Defendant

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

DATED:  8/7/2014                            _____

5                                           United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28