UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MARK COWAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GE CAPITAL RETAIL BANK, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-03935-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; AMENDED CASE MANAGEMENT ORDER** |

　　　　The Further Case Management Conference presently scheduled for November 19, 2014 is hereby VACATED.[1]

　　　　As all parties expressed a willingness to engage in settlement discussions in the Joint Case Management Statement filed on November 12, 2014, **within fourteen (14) days of the close of fact discovery**, the parties shall conduct a meaningful meet and confer regarding alternative dispute resolution, including whether the parties wish to return to the appointed mediator or participate in a settlement conference with a magistrate judge. The parties shall file with the Court a joint report on the outcome of this meet and confer **by no later than January 30, 2015**.

　　　　The Court reiterates the following scheduling order adopted on June 19, 2014 (with modifications subsequently approved by the Court). ECF 74, 117.

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | N/A |
| Disclosure of Expert Reports | 12/12/2014 |

---

[1] The parties' respective motions to appear by telephone, ECF 118-19, are accordingly DENIED as moot.

| | |
|---|---|
| Fact Discovery Cut-Off | 01/09/2015 |
| Expert Discovery Cut-Off | 02/12/2015 |
| Last Day to Hear Dispositive Motions | 04/30/2015 |
| Final Pretrial Conference | 07/09/2015 at 2:30 pm |
| Trial | 07/20/2015 at 9:00 am |

**IT IS SO ORDERED.**

Dated: November 14, 2014

BETH LABSON FREEMAN
United States District Judge